[No. 14197-0-I.   Division One.   April 7, 1986.]

DANIEL F. SULLIVAN, P.S., *Appellant,* v. WILLIAM H. GEE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-10954-0, William C. Goodloe, J., entered November 17, 1983. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 14180-5-I.   Division One.   April 7, 1986.]

SEVENTY-O-ONE CONDOMINIUM ASSOCIATION, ET AL, *Plaintiffs,* v. SEAMARK PROPERTIES, INC., ET AL, *Defendants,* SEAMARK PROPERTIES, INC., ET AL, *Appellants,* HOWARD K. SCHROEDER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-03514-9, Robert E. Dixon, J., entered December 2, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, J., and Revelle, J. Pro Tem.

[No. 7407-9-II.   Division Two.   April 7, 1986.]

JAMES E. BRESLER, *as Personal Representative, Appellant,* v. STONEWALL INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-01522-2, Waldo F. Stone, J., entered October 28, 1983. *Reversed* and *remanded* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.